Submitted on record and briefs November 30, 1988, reversed and remanded for reconsideration January 4, 1989

RICHARD KENT WILSON,
*Petitioner,*

*v.*

STATE BOARD OF PAROLE,
*Respondent.*

(45762; CA A47935)

765 P2d 1264

Gary D. Babcock, Public Defender, Salem, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Philip Schradle, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

This is a petition for judicial review, pursuant to ORS 144.335, from a final order by the Oregon State Board of Parole (Board) relating to petitioner's parole date set. We remand to the Board to reconsider what percentage of reduction is appropriate under *Jeldness v. Board of Parole,* 92 Or App 323, 759 P2d 1102 (1988).

Reversed and remanded for reconsideration.